448 A.2d 1183

Commonwealth v. Carter, Appellant.

Submitted April 5, 1982. John M. McAllister, for appellant; Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before HESTER, CAVANAUGH and CIRILLO, JJ.

Judgment of sentence affirmed.